DocuSign Envelope ID: E3680AB-EAC2-45B4-A7D3-B56598748DF4
Case 4:21-cv-01173-HEA Doc. #: 1-1 Filed: 09/30/21 Page: 1 of 1 PageID #: 7
THIS IS A COPY
The Authoritative Copy of this record is held at na3.docusign.net

15 U.S. Code § 1611    15 U.S. Code § 1692j (a)     MO-102 1/1/2020

# Retail Installment Contract and Security Agreement

| Seller Name and Address | Buyer(s) Name(s) and Address(es) | Summary | |
|---|---|---|---|
| CARVANA, LLC | Charnee Monique Anderson | No. | 2001010937 |
| 1700 W 29TH ST | 920 Kingsbrook Ln | Date | 06/08/2021 |
| KANSAS CITY, MO 64108-3606 | Florissant MO 63031-2359 | | |

**EXHIBIT A**

☐ Business, commercial or agricultural purpose Contract.

## Truth-In-Lending Disclosure

| Annual Percentage Rate<br>The cost of your credit as a yearly rate. | Finance Charge<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid when you have made all scheduled payments. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $ 400.00 |
|---|---|---|---|---|
| | | 15 U.S. Code § 1605 (a) | 15 U.S. Code § 1611 | |
| 11.916 % | $ 12,661.27 | $ 31,257.12 | $ 43,918.39 | $ 44,318.39 |

15 U.S. Code § 1602f

**Payment Schedule.** Your payment schedule is:

| No. of Payments | Amount of Payments | When Payments are Due | |
|---|---|---|---|
| 71 | $ 610.00 | Monthly Beginning 07/09/21 | → 15 U.S. Code § 1605 (a) |
| 1 | $ 608.39 | 06/09/27 | → 15 U.S. Code § 1692j(a) |
| N/A | $ N/A | N/A | |

**Security.** You are giving us a security interest in the Property purchased.    → 15 U.S. Code §1611

**Late Charge.** If you fail to pay your scheduled payment, in full, within 15 days of its due date, you agree to pay: 1) a late charge of $5.00, if the amount of your scheduled payment is $25.00 or less; 2) otherwise, a late charge of 5% of the amount of your scheduled payment, subject to a minimum late charge of $10.00 and a maximum late charge of $25.00.

**Prepayment.** If you pay off this Contract early, you ☐ may ☒ will not have to pay a Minimum Finance Charge.

**Contract Provisions.** You can see the terms of this Contract for any additional information about nonpayment, default, any required repayment before the scheduled date, and prepayment refunds and penalties.

15 U.S. Code § 1692j (a)

## Description of Property

| Year | Make | Model | Style | Vehicle Identification Number | Odometer Mileage |
|---|---|---|---|---|---|
| 2020 | Hyundai | Santa Fe | Sport Utility | 5NMS3CAD2LH188866 | 13243 |

☐ New
☒ Used
☐ Demo

Other: N/A

## Description of Trade-In

N/A
N/A

## Conditional Delivery

☐ **Conditional Delivery.** If checked, you agree that the following agreement regarding securing financing ("Agreement") applies: _N/A_
_N/A_. The Agreement is part of this Contract. The Agreement will no longer control after the assignment is accepted. If there are any conflicts between the terms of the Agreement and the Contract, the terms of this Contract will apply.

## Sales Agreement

**Payment.** You promise to pay us the principal amount of
$ 31,257.12 plus finance charges accruing on the unpaid balance at the rate of 11.916 % per year from the date of this Contract until paid in full. You agree to pay this Contract according to the payment schedule and late charge provisions shown in the Truth-In-Lending Disclosure. You also agree to pay any additional amounts according to the terms and conditions of this Contract.

**Down Payment.** You also agree to pay or apply to the Cash Price, on or before the date of this Contract, any cash, rebate and net trade-in value described in the Itemization of Amount Financed.

15 U.S. Code § 1662 (2)

☐ You agree to make deferred down payments as set forth in your Payment Schedule.

☐ **Minimum Finance Charge.** You agree to pay a minimum finance charge of $ N/A if you pay this Contract in full before we have earned that much in finance charges.

Retail Installment Contract-MO Not for use in transactions secured by a dwelling.
©2020 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.
RSSIMVLFLZMO 1/1/2020
Bankers Systems
Page 1 of 5