DocuSign Envelope ID: EE3680AB-E4C2-4BB4-A7C5-B5B598749DF4
Case: 4:21-cv-01173-HEA Doc. #: 1-2 Filed: 09/30/21 Page: 1 of 1 PageID #: 8
THIS IS A COPY
The Authoritative Copy of this record is held at NA3.docusign.net

# EXHIBIT B

## Itemization of Amount Financed

| | | |
|---|---|---|
| a. | Price of Vehicle, etc. (incl. sales tax of $ 2,605.62 ) | $ 31,595.62 |
| b. | Service Contract, paid to: N/A | $ N/A |
| c. | **Cash Price** (a+b) | $ 31,595.62 |
| d. | Trade-in allowance | $ 0.00 |
| e. | Less: Amount owing, paid to (includes m): | $ |
| f. | Net trade-in (d-e; if negative, enter $0 here and enter the amount on line m) | $ 0.00 |
| g. | Cash payment | $ 400.00 |
| h. | Manufacturer's rebate | $ N/A |
| i. | Deferred down payment | $ N/A |
| j. | Other down payment (describe) N/A | $ N/A |
| k. | **Down Payment** (f+g+h+i+j) | $ 400.00 |
| l. | **Unpaid balance of Cash Price** (c-k) | $ 31,195.62 |
| m. | Financed trade-in balance (see line f) | $ 0.00 |
| n. | Paid to public officials: | |
|  | i. Total Fees | $ 61.50 |
|  | ii. N/A | $ N/A |
|  | iii. N/A | $ N/A |
| o. | Insurance premiums paid to insurance company(ies) | $ 0.00 |
| p. | Administrative Fee | $ 0.00 |

15 U.S. Code § 1662 (2) [applies to k, l]

AN ADMINISTRATIVE FEE IS NOT AN OFFICIAL FEE AND IS NOT REQUIRED BY LAW BUT MAY BE CHARGED BY A DEALER. THIS ADMINISTRATIVE FEE MAY RESULT IN A PROFIT TO DEALER. NO PORTION OF THIS ADMINISTRATIVE FEE IS FOR THE DRAFTING, PREPARATION, OR COMPLETION OF DOCUMENTS OR THE PROVIDING OF LEGAL ADVICE. THIS NOTICE IS REQUIRED BY LAW.

| | | |
|---|---|---|
| q. | To: N/A | $ N/A |
| r. | To: N/A | $ N/A |
| s. | To: N/A | $ N/A |
| t. | To: N/A | $ N/A |
| u. | To: N/A | $ N/A |
| v. | To: N/A | $ N/A |
| w. | To: N/A | $ N/A |
| x. | To: N/A | $ N/A |
| y. | To: N/A | $ N/A |
| z. | To: N/A | $ N/A |
| aa. | **Total Other Charges/Amts Paid** (m thru z) | $ 61.50 |
| bb. | **Prepaid Finance Charge** | $ 0.00 |
| cc. | **Amount Financed** (l+aa-bb) | $ 31,257.12 |

We may retain or receive a portion of any amounts paid to others.

## Insurance Disclosures

**Credit Insurance.** Credit life and credit disability (accident and health) are not required to obtain credit and are not a factor in the credit decision. We will not provide them unless you sign and agree to pay the additional premium. If you want such insurance, we will obtain it for you (if you qualify for coverage). We are quoting below only the coverages you have chosen to purchase.

15 U.S. Code § 1605 (a)

**Credit Life**
☐ Single ☐ Joint ☒ None
Premium $ N/A   Term N/A
Insured N/A

**Credit Disability**
☐ Single ☐ Joint ☒ None
Premium $ N/A   Term N/A
Insured N/A

---

Your signature below means you want (only) the insurance coverage(s) quoted above. If "None" is checked, you have declined the coverage we offered.

| | | |
|---|---|---|
| By: N/A | | DOB N/A |
| By: N/A | | DOB N/A |
| By: N/A | | DOB N/A |

**You have the right to cancel credit insurance within 15 days of buying it and receive a full refund or credit for the credit insurance premium.**

**Property Insurance.** You must insure the Property securing this Contract. You understand that you are free to insure your Property with whatever licensed company, agent or broker you may choose; that you may do so at any time after the date of this loan; that you have not cancelled any existing insurance on your Property if you owned it before this loan; and that this loan cannot be denied you simply because you did not purchase your insurance

15 U.S. Code § 1605 (a)(5)

**YOU MAY NOT NEED TO PURCHASE CREDIT PROPERTY INSURANCE, AND YOU MAY HAVE OTHER INSURANCE WHICH WE WILL ACCEPT WHICH COVERS THE PROPERTY SECURING THIS LOAN. YOU SHOULD EXAMINE ANY OTHER INSURANCE WHICH YOU HAVE IN ORDER TO DETERMINE IF THIS COVERAGE IS NECESSARY.**

This premium is calculated as follows:
☐ $ N/A Deductible, Collision Cov. $ N/A
☐ $ N/A Deductible, Comprehensive $ N/A
☐ Fire-Theft and Combined Additional Cov. $ N/A
☐ N/A $ N/A

**Liability insurance coverage for bodily injury and property damage caused to others is not included in this Contract unless checked and indicated.**

☐ **Single-Interest Insurance.** You must purchase single-interest insurance as part of this sale transaction. You may purchase the coverage from a company of your choice, reasonably acceptable to us. If you buy the coverage from or through us, you will pay $ N/A for N/A of coverage.

[This area intentionally left blank.]

---

Retail Installment Contract-MO Not for use in transactions secured by a dwelling.
©2020 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.
RSSIMVLFLZMO 1/1/2020
Bankers Systems®
Page 2 of 5