RECEIVED
SEP 3 0 2021
BY MAIL

LAURA THIELMEIER ROY
CLERK OF COURT

JOY HANNEL
CHIEF LEGAL COUNSEL

(314) 539-4300
FAX NO.: (314) 539-4324

Website: www.courts.mo.gov



# Missouri Court of Appeals
EASTERN DISTRICT

ONE POST OFFICE SQUARE
815 OLIVE STREET
ST. LOUIS, MISSOURI 63101

SHERRI B. SULLIVAN
CHIEF JUDGE

KURT S. ODENWALD
JUDGE
GARY M. GAERTNER, JR.
JUDGE
ROBERT M. CLAYTON III
JUDGE
ANGELA T. QUIGLESS
JUDGE
PHILIP M. HESS
JUDGE
JAMES M. DOWD
JUDGE
LISA P. PAGE
JUDGE
COLLEEN DOLAN
JUDGE
MICHAEL E. GARDNER
JUDGE
KELLY C. BRONIEC
JUDGE
THOMAS C. CLARK, II
JUDGE
JOHN P. TORBITZKY
JUDGE

September 27, 2021

United States District Court, Eastern District
Office of the Clerk
Thomas F. Eagleton Courthouse
111 S. Tenth Street
St. Louis, Missouri 63102

Re:   Charnee Anderson v. Carvana

Dear Mr. Linhares,

   This Court received the enclosed papers from Charnee Anderson caption in the United States District Court for the Eastern District of Missouri. It appears that the petitioner was attempting to send papers directly to the United States District Court but addressed to this Court instead. I am forwarding these documents to your office. Please contact me if I can be of further assistance.

Sincerely,

Laura Thielmeier Roy
Clerk of Court


Enclosures

CC:   Charnee Anderson