UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____ DIVISION

CHARNEE ANDERSON )
　　　Plaintiff, )
 )
v. ) Civil Case No. _____
 ) 4:21-CV-1173-HEA
CARVANA )
 )
　　　Defendant(s). )

RECEIVED
DEC 03 2021
BY MAIL

**APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at:_____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $_____, and my take-home pay or wages are: $_____per
*(specify pay period)* _____.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment　✓ Yes　\_\_ No
(b) Rent payments, interest, or dividends　\_\_ Yes　\_\_ No
(c) Pension, annuity, or life insurance payments　\_\_ Yes　\_\_ No
(d) Disability or worker's compensation payments　\_\_ Yes　\_\_ No
(e) Gifts or inheritances　\_\_ Yes　\_\_ No
(f) Any other sources　\_\_ Yes　\_\_ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

Self Employed - Aprox $3,000 Per Month

4. Amount of money that I have in cash or in a checking or savings account: $ 11.58

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

Hyudai Santa Fe (Financed) Aprox Value $20,000

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Rent - $1075.00
Car Note - $616.00
Utilities - Aprox $320.00
Credit Card - $58

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

Daughter (N.B.) support fully @ Aprox $600 per Month
Son (A.J.) support fully @ Aprox $500 per Month

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

N/A

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

_____
Applicant's Signature

Charnee Anderson
Printed Name

11-26-2021
Date

Charnee Anderson
920 Kingsbrook Ln
Florissant, MO, 63031

RECEIVED
DEC 0 3 2021
BY MAIL



CERTIFIED MAIL
7021 0950 0002 1927 5280

Office of the Clerk
United States District Court
111 S. Tenth St.
St. Louis, MO 63102

POSTAGE DUE $.80¢

63102-112325