# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CHARNEE ANDERSON,<br><br>      Plaintiff,<br><br>v.<br><br>CARVANA, LLC,<br><br>      Defendant. | Case No. 4:21-cv-01173-HEA |

## CARVANA'S DISCLOSURE OF
## ORGANIZATIONAL INTERESTS CERTIFICATE

Pursuant to Local Rule 2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, counsel of record for Defendant Carvana, LLC hereby discloses the following organizational interests:

**Defendant Carvana, LLC is not a corporation. Defendant Carvana, LLC is a limited liability company, and its sole member is Carvana Operations HC, LLC, a Delaware limited liability company.**

Respectfully submitted,

**GM Law PC**

By: */s/ David B. Helms*
David B. Helms #48941(MO)
8000 Maryland Avenue, Suite 1060
Saint Louis, MO 63105
(314) 474-5145 (Telephone)
(816) 471-2221 (Facsimile)
Davidh@gmlawpc.com
***Attorney for Defendant***

## CERTIFICATE OF SERVICE

    I hereby certify that on the 16th day of June 2022, a copy of the foregoing was e-filed with the Court's electronic filing system, which sent notice of the filing to all counsel of record.

                                           /s/ *David B. Helms*
                                           ***Attorney for Defendant***