RECEIVED
JUL 12 2022
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MISSOURI

EASTERN DIVISON

CHARNEE ANDERSON,      Case No. 4:21-cv-01173-HEA

   Plaintiff

v.

CARVANNA, LLC,

   Defendant

## Motion for a more definite statement

Come now, Plaintiff CHARNEE ANDERSON, who moves the defendant to provide a more definite statement pursuant to FRCP 12 (e) that includes but not limited to;

- The original contract between the plaintiff and defendant that bears the plaintiff wet signature.
- Audit trail (Full accounting history of the account, account ledger).
- Debt validation pursuant to 15 U.S. Code 1692g (a) (1-5)

### Conclusion

The plaintiff respectfully demands that if the defendant DO NOT provide these documents, that the court rule in favor of the plaintiff.

IN WITNESS WHEREOF, the said party has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in the presence of:   CHARNEE ANDERSON

Signature _____

STATE OF Missouri
COUNTY OF Saint Louis

I HEREBY CERTIFY that on this day before me, an officer duly qualified to take acknowledgments, personally appeared CHARNEE ANDERSON, who is personally known to me or who has produced _United States Passport Card_ as identification and who executed the foregoing instrument and he/she acknowledged before me that he/she executed the same.

WITNESS my hand and official seal in the County and State aforesaid this 11th day of July 2022.

Notary Public _____

DARIA GASTON
Notary Public - Notary Seal
STATE OF MISSOURI
St. Louis County
My Commission Expires: Oct. 29, 2023
Commission # 18197593

Printed Name: DARIA GASTON