# PLEASE SUBMIT THESE DOUCUMENTS INTO CASE NUMBER

RECEIVED

AUG 2 4 2022

BY MAIL

# 4:21-CV-01173- HEA

# DEFENDANT AND ITS COUNCEL MUST ANSWER AND PROVIDE REQUESTED INFORMATION

RECEIVED
AUG 24 2022
BY MAIL

# FREEDOM OF INFORMATION REQUEST

**Certified/ Registered Mail Number:** 940711189876581541805

RETURN RECIEPT REQUESTED

CHARNEE ANDERSON

920 Kingsbrook Ln

Florissant, MO 63031

08/22/2022

David B. Holms

GM LAW PC

8000 Maryland Avenue

Suite 1060

Saint Louis, MO 63105

(314) 474-5145

RE: FREEDON OF INFORMATION ACT REQUEST

Dear GM Law PC,

    Pursuant to the FREEDON OF INFORMATION ACT (FOIA), 5 U.S.C. § 552, the PRIVACY ACT 5 U.S.C. Ǔ 552 (a) and the MISSOURI SUNSHINE LAW § 610.023 Et Seq, I am requesting, by the way of this letter, an opportunity to receive copies of your;

- OATH OF OFFICE
- ATTORNEY LICENSE
- BAR CARD

Please mail this information to the aforementioned address.

I also request that is you determine that any part of the information requested is exempt from the FOIA, this information be identified by document. I request that you provide the statutory basis for your claim and your reason for not exercising your discretion to release this information. FOIA also provides that id any portion of the files are exempt from release, that remainder of the files be released. Therefore, I request that I be provided with any and all non- exempt portions that can reasonably be segregated.

In the event that you cannot provide the requested information, please let me know so that further arrangements or appeals can be made.

Thank you for your time and cooperation in this matter.

Sincerely,

CHARNEE ANDERSON

(314) 398- 7971

naliseb@gmail.com

RECEIVED
AUG 2 4 2022
BY MAIL

# United States District Court

For the
Eastern District of Missouri

| | |
|---|---|
| Charnee Anderson | CASE NUMBER |
| Plaintiff | 4:21-cv-01173-HEA |
| -vs- | |
| Carvana LLC | |
| Defendant | |

## Affidavit of Questionnaire

Under penalty of perjury, you do hereby certify that the foregoing information provided is true and correct.

1.) Do you (Carvana LLC) have an agreement with the Charnee Anderson?
2.) What is the agreement?
3.) Do you (Carvana LLC) have an agreement that includes a lender and a borrower?
4.) Who is the lender?
5.) Who is the borrower?
6.) Do you
7.) Does the agreement include the terms borrower, lender, interest, credit, and/or cash within the agreement?
8.) According to the agreement, Who loaned what to who?
9.) Did Charnee Anderson sign the agreement?
10.) Is the agreement a promissory note?
11.) Does the promissory not have actual cash Value?
- If yes, how much cash value does the promissory note hold?
12.) Does the agreement abide by the Truth in Lending Act?

13.) According to the Truth in Lending Act, 15 U.S. Code § 1605, What is the definition of the Finance Charge?
14.) According to the definition of the finance charge, does the agreement reflect what the definition of finance charge states?
15.) According to the Truth in lending Act, what charges should be included in the finance charge?
16.) Was a insurance premium included in the finance charge?
17.) Was Charnee Anderson offered an insurance premium?
18.) Was Charnee Anderson required to provide her own insurance prior to taking possession of the property?
19.) According to the agreement, was the purchase of the vehicle a cash transaction?
20.) According to the agreement, was the purchase of the vehicle a credit transaction?
21.) According to the Truth in Lending Act, can cash be included in a credit transaction?
22.) According to the agreement, what does "Amount Financed" mean?
23.) If it safe to say that the credit was provided my Charnee Anderson?
24.) Is the agreement in question a consumer credit contract?
25.) According to the agreement, who provided the allege financing?
26.) Who is Bridgecrest?
27.) According to the agreement, is Bridgecrest mentioned?
28.) According to agreement, did Charnee Anderson agree to make payments to Bridgecrest?
29.) If the agreement is a consumer credit transaction in which Charnee Anderson extended credit, why is Bridgecrest collecting payments on the agreement?

Under penalty of perjury, you do hereby certify that the foregoing information provided is true and correct.

If the defendant does not provide the answers to the above question witnessed by a NOARTY, I respectfully ask that the judge move to grant a default judgement.

IN WITNESS WHEREOF, the said party has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in the presence of:     CARVANA LLC

_____
Signature                                Date

STATE OF: Missouri
COUNTY OF: St. Louis

I HEREBY CERTIFY that on this day before me, an officer duly qualified to take acknowledgments, personally appeared CARVANA, who is personally known to me or who has produced _____ as identification and who executed the foregoing instrument and he/she acknowledged before me that he/she executed the same.

WITNESS my hand and official seal in the County and State aforesaid this _____ day of _____ 2022.

Notary Public: _____

Printed Name: _____

**USPS CERTIFIED MAIL**

Charnee Anderson
920 KINGSBROOK LN
FLORISSANT MO 63031-2359



$4.57  US POSTAGE
FIRST-CLASS
Aug 21 2022
Mailed from ZIP 63031
1 oz First-Class Mail Letter

11923275

062S0012913542

USPS CERTIFIED MAIL

9407 1118 9876 5815 4180 52

Clerk of Court
Gregory J. Linhares
111 S 10TH ST STE 3.300
SAINT LOUIS MO 63102-1123

RECEIVED

AUG 2 4 2022

BY MAIL